VICTOR JORDAN, Individually and as Administrator of the Estate of OSWALD JORDAN, Deceased, Appellant, v METROPOLITAN JEWISH HOSPICE et al., Defendants, and ROSLYN L. BLACKMAN et al., Respondents.

Decided February 12, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Judges STEIN and FAHEY taking no part.

In the Matter of the Accounting of LAWRENCE KALIK et al.

In the Matter of the Accounting of CARL WAGMAN.

LORETTA WAGMAN, Appellant, v LAWRENCE KALIK et al., Respondents, and CHASE MANHATTAN BANK, as Successor in Interest to CHEMICAL BANK, Respondent, et al., Defendants.

Submitted November 10, 2014; decided February 12, 2015

Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as affirmed so much of the March 2012 Surrogate's Court order dismissing the action transferred from Supreme Court, denied; motion for leave to appeal otherwise dismissed upon the ground that the remainder of the order sought to be appealed from does not finally determine the proceeding on the Surrogate's Court accountings within the meaning of the Constitution (*see Burke v Crosson*, 85 NY2d 10, 15-16 [1995]).

Judges STEIN and FAHEY taking no part.